# INITIAL PRETRIAL CONFERENCE

**MAGISTRATE JUDGE:** <u>William E. Fitzpatrick</u>

**CASE No.: 1:26-cv-1372**     CASE: Sammons, et al. v. Safeco Insurance Company of Illinois

**DATE: 6/17/26**
**TIME:** 11:05-11:23 a.m.

**APPEARANCES OF COUNSEL FOR:**

(    ) PLAINTIFF   ( x  ) DEFENDANT
( x  ) PRO SE PLAINTIFF   (    ) PRO SE DEFENDANT

**DISCOVERY PLAN:**

(    ) PLAINTIFF     (    ) DEFENDANT       ( x ) JOINT

( x  ) ADOPTED AS AMENDED    (    ) DECLINED   (    ) NOT FILED

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:**

(    ) YES (orally)

(    ) CONSENT SIGNED

**ADR/SETTLEMENT:**

(    ) PENDING   (    ) WILL DISCUSS   (    ) OTHER

( x  ) 16(b) ORDER TO BE ISSUED

CASE CONTINUED TO: _____

**NOTES:**